# IN THE SUPREME COURT OF THE STATE OF NEVADA

RENARD TRUMAN POLK,
Appellant,
vs.
RENEE BAKER, WARDEN; JOSEPH
BURIN; DEBORAH STIPLIN;
MICHAEL BYRNE; SANDY ROSE;
JAMES COX; ROBERT LEGRAND,
WARDEN; TARA CARPENTER;
ROBERT SCHOFIELD; TONY CORDA;
JACK PALMER; AND DANIEL
SCHWARTZ,
Respondents.

No. 74557

FILED

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order denying a motion to quash. Seventh Judicial District Court, White Pine County; Steve L. Dobrescu, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, we lack jurisdiction. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____ J.
Gibbons

_____, J.
Pickering

17-43561

cc: Hon. Steve L. Dobrescu, District Judge
Renard Truman Polk
Attorney General/Carson City
White Pine County Clerk